Stephen L. Madkour, OSB # 941091
County Counsel
Scott C. Ciecko, OSB No. 045587
Assistant County Counsel
Alexander Gordon, OSB 822671
Assistant County Counsel
Clackamas County, Oregon
2051 Kaen Road
Oregon City, OR  97045-1819
Telephone: 503-655-8362
Fax: 503-742-5397
Email: smadkour@co.clackamas.or.us
sciecko@co.clackamas.or.us
agordon@co.clackamas.or.us

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KIP O'CONNOR et al,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLACKAMAS COUNTY et al,<br><br>　　　　Defendants. | Case No. CV 11-1297 SI<br><br>MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) AND THE OREGON TORT CLAIMS ACT FILED ON BEHALF OF CLACKAMAS COUNTY, MICHAEL MCCALLISTER, GARY HEWITT, STEVE HANSCHKA, AND KIM BENTHIN<br><br>Request for Oral Argument |

**MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) AND THE OREGON TORT CLAIMS ACT FILED ON BEHALF OF CLACKAMAS COUNTY, MICHAEL MCCALLISTER, GARY HEWITT, STEVE HANSCHKA, AND KIM BENTHIN**

Request for Oral Argument

## CERTIFICATE OF COMPLIANCE WITH L.R.7-1(a)

Alexander Gordon, Counsel for Clackamas County, Michael McCallister, Steve Hanschka, Gary Hewitt, and Kim Benthin, Defendants herein, informs the Court that he has spoken with Mark E. Griffin, counsel for the Plaintiffs, regarding the possibility of the Plaintiffs voluntarily dismissing their Complaint with prejudice. The Plaintiffs are unwilling to do so.

## MOTION

COME NOW Clackamas County, Michael McCallister, Steve Hanschka, Gary Hewitt, and Kim Benthin, Defendants in the above Complaint and, within the time provided by law, file this Motion to Dismiss the Plaintiffs' claims against them, pursuant to the authority of Fed.R.Civ.P. 12(b)(6) and the Oregon Tort Claims Act.

On occasion, Michael McCallister, Steve Hanschka, Gary Hewitt, and Kim Benthin, are, collectively referred to as the individual County Defendants. This Motion is based on the pleadings on file and, as required by LR 7-1 (c), a supporting Memorandum of Law filed contemporaneously with this Motion.

Respectfully submitted this 24th day of January, 2012.

CLACKAMAS COUNTY COUNSEL

_____
Stephen L. Madkour, OSB # 941091
County Counsel ,Clackamas County, Oregon
Scott C. Ciecko, OSB No. 045587
/s/ Alexander Gordon
Alexander Gordon, OSB No. 822671
E-mail: agordon@co.clackamas.or.us
OF ATTORNEYS FOR DEFENDANT CLACKAMAS COUNTY
AND THE INDIVIDUAL COUNTY DEFENDANTS.

## CERTIFICATE OF SERVICE

  I hereby certify that I have served the foregoing **MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(6) AND THE OREGON TORT CLAIMS ACT FILED ON BEHALF OF CLACKAMAS COUNTY, STEVE HANSCHKA, MICHAEL MCCALLISTER, KIM BENTHIN, AND GARY HEWITT** on:

Mark E. Griffin
Griffin & McCandlish
1631 NE Broadway, #721
Portland, Oregon 97232

  and

Daniel J. Rohlf
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, Oregon 97219-7768

  [X] by **MAILING** a full, true and correct copy thereof in a sealed, postage-paid envelope, addressed as shown above, and deposited with the U.S. Postal Service at Portland, Oregon, on the date set forth below;

  [] by causing a full, true and correct copy thereof to be **HAND-DELIVERED** to the party the date set forth below;

  [] by **EMAILING** a full, true and correct copy thereof to the party, at the email address shown above, which is the last-known email address for the party's office, on the date set forth below.

  [] by **FAXING** a full, true and correct copy thereof to the party, at the fax number shown above, which is the last-known fax number for the party's office, on the date set forth below.

Dated this 24th day of January, 2012.

                 CLACKAMAS COUNTY COUNSEL


                 /s/ Anja Mundy
                 Anja Mundy, Legal Assistant