Daniel J. Rohlf, OSB 990069
rohlf@lclark.edu
Earthrise Law Center
10015 S.W. Terwilliger Blvd.
Portland, OR 97219-7768
Telephone: (503) 768-6707
Fax: (503) 768-6642

*Counsel for CPO Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KIP O'CONNOR**, et al.<br><br>                    Plaintiffs,<br><br>     v.<br><br>**COUNTY OF CLACKAMAS**, et al.,<br><br>                    Defendants. | Civil No. 3:11-CV-1297-SI<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

    On December 24, 2015, the Ninth Circuit Court of Appeals affirmed this Court's dismissal of Plaintiffs' state tort claim against CPO defendants, and on January 25, 2016 remanded all issues related to attorney's fees to this Court.

    CPO Defendants respectfully request that this Court enter an order granting Defendants an extension of the deadline for submitting a request for attorney's fees until March 18, 2016. This will provide Defendants with additional time in which to compile their records related to

fees in this case in two courts over several years, as well as provide the parties an opportunity to discuss settlement of issues related to fees.

Based on conferral with counsel for Plaintiffs, Plaintiffs do not oppose this extension.

Respectfully submitted this 2nd day of February, 2016.

**/S/ Daniel J. Rohlf**

Daniel J. Rohlf

*Counsel for CPO Defendants*