Mark E. Griffin
Griffin & McCandlish
1631 NE Broadway, #721
Portland, Oregon  97232
(503)-680-3042
mark@markgriffin.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
Portland Division

**KIP O'CONNOR, et al.,**                     Case No.: 3:11-cv-1297-SI

      Plaintiffs                         3nd AMENDED
                                    REPRESENTATION STATEMENT
                                    9th Circuit Rule 3-2

v.

**COUNTY OF CLACKAMAS, et al.,**

      Defendants

Plaintiffs-Appellants Kip O'Connor, Lisa Konell and Big Mountain Company are

represented by:

**Mark E. Griffin**
Griffin & McCandlish
1631 NE Broadway, #721
Portland, OR 97232
(503) 680-3042
Email: mark@markgriffin.com

1   Representation Statement

Defendants-Appellees Mt. Hood Corridor Community Planning Organization, Don Mench, Dave Fulton, Roy Bellows, Donna Bellows, and Janine Bertram are represented by:

**Daniel J. Rohlf**
Lewis & Clark Law School
10015 SW Terwilliger Boulevard
Portland, OR 97219
(503) 768-6707
Fax: 503 768-6671
Email: rohlf@lclark.edu

**Thomas Buchele**
Lewis & Clark Law School
10015 SW Terwilliger Boulevard
Portland, OR 97219
(503) 768-6736
Fax: 503 768-6642
Email: tbuchele@lclark.edu

Defendants County of Clackamas, Oregon, Steve Hanschka and Kimberly Benthin are not parties to the appeal but were represented in the District Court case by

**Alexander Gordon**
Clackamas County Counsel
2051 Kaen Road, 4th Floor
Oregon City, OR 97045
503-742-5392
Fax: 503-742-5397
Email: agordon@co.clackamas.or.us

**Scott C. Ciecko**
Clackamas County Counsel
Public Services Bldg
2051 Kaen Road
Oregon City, OR 97045
(503) 655-8362
Fax: (503) 742-5397

2   Representation Statement

Dated: June 29, 2016            <u>  s/ Mark E. Griffin        </u>
                                                         Mark E. Griffin, OSB 76-152
                                                         GRIFFIN & MCCANDLISH
                                                         Attorneys for Plaintiffs-Appellants